# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ALABAMA
## SOUTHERN DIVISION

| | | |
|---|---|---|
| **ALVIN JAMES JOHNSON,** | **)** | |
| **#162564X,** | **)** | |
| | **)** | |
| **Plaintiff,** | **)** | |
| | **)** | |
| **vs.** | **)** | **CIVIL ACTION NO. 17-0504-CG-N** |
| | **)** | |
| **SG. PACE, <u>et</u> <u>al</u>.,** | **)** | |
| | **)** | |
| **Defendants.** | **)** | |

## <u>JUDGMENT</u>

In accordance with the Order entered on this date, it is hereby ORDERED,

ADJUDGED, and DECREED that this action is dismissed without prejudice

pursuant to 28 U.S.C. § 1915(g).

**DONE and ORDERED** this 5th day of February, 2018.

/s/ Callie V. S. Granade
SENIOR UNITED STATES DISTRICT JUDGE